### 39271. ALEXANDER v. GLOBE INDEMNITY COMPANY *et al.*

EBERHARDT, Judge. Under numerous decisions of this court, an award of the Workmen's Compensation Board will not be disturbed where there is any evidence to support it. Here, there is *no* evidence to the contrary and the award is affirmed. *Judgment affirmed. Carlisle, P. J., and Custer, J., concur.*

DECIDED JANUARY 16, 1962.

*Oze R. Horton,* for plaintiff in error.
*Greene, Neely, Buckley & DeRieux, Burt DeRieux,* contra.